PROB 12B
(SDIA 06/14)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:**  Steven Eugene Stanley          **Case Number:**  4:99-cr-00037

**Name of Sentencing Judicial Officer:**  Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:**  March 16, 2000

**Original Offense:**  21 U.S.C. §§ 846, 841(b)(1)(A) - Conspiracy to Distribute Methamphetamine

**Original Sentence:**  188 months imprisonment; 60 months supervised release

**Date Current Supervision Commenced:**  Scheduled to commence on January 24, 2015

**Prior Modification(s)/Revocation(s):**  March 28, 2014 - Revoked, 10 months imprisonment, 48 months supervised release

---

### PETITIONING THE COURT

☒    To modify the conditions of supervision as follows:

*The defendant shall reside, participate and follow the rules of the residential reentry program as directed by the U.S. Probation Officer, for up to 120 days.  The defendant shall be required to pay subsistence as directed by the residential facility.*

### CAUSE

Mr. Stanley is presently housed in the Bureau of Prisons' (BOP) custody at the Curt Forbes Residential Reentry Center (RRC) in Ames, Iowa, having arrived there in late-October 2014.  He has been unable to save funds and secure adequate housing in this short time, yet is scheduled to discharge from the BOP on or about January 24, 2015.  Mr. Stanley requested that he consent to modification of supervision, to include a public law placement, which shall be used so he may remain at the RRC in the event that he is unable to secure housing prior to his BOP discharge date.  Mr. Stanley has no support network in the area and is attempting to save money from minimum wage employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 8, 2014

by:   *Pam Nelson*

---

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing be set.

☐   Objects and will petition the Court requesting that a formal hearing be set.

AUSA:  John Beamer            Signature:  *John E. Beamer*

---

THE COURT ORDERS:

☐   No action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above.

☐   Other:

*Robert W. Pratt*

**Signature of Judicial Officer**

December 8, 2014

**Date**

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF IOWA

I, Steven Stanley, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside, participate and follow the rules of the residential reentry program as directed by the U.S. Probation Officer, for up to 120 days. The defendant shall be required to pay subsistence as directed by the residential facility.

Witness: _[signature: Pam]_      Signed: _[signature]_
Senior U.S. Probation Officer        Probationer or Supervised Releasee

12-8-14
DATE